UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXINE WEBB,

        Appellant,

  vs.

LOIS I. BRADY,

        Appellee,
                                                  /

No. C 06-00188 MHP

**ORDER TO SHOW CAUSE**

      This is an appeal from orders of the Bankruptcy Court. Appellant was given an extension of time to **November 15, 2006**, within which to file her opening brief. As of this date no opening brief nor any other papers have been filed by the appellant. Appellant has failed to proceed with her appeal in a timely fashion, accordingly

      IT IS HEREBY ORDERED that appellant, Maxine Webb, shall show cause in writing on or before January 16, 2007, why this appeal should not be dismissed for failure to perfect and prosecute her appeal.

Date: January 4, 2007

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California